## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-4029-JST (SP) | Date | November 18, 2011 |
|---|---|---|---|
| Title | Hector Ramos v. Michael J. Astrue | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED**

On May 27, 2011, plaintiff Hector Ramos filed a Complaint for Review of Social Security Decision.  On May 31, 2011, this court issued a case management order directing that plaintiff file a document entitled "Memorandum in Support of Plaintiff's Complaint" ("Memorandum") within 30 days after service of defendant's responsive pleading.  On October 12, 2011, defendant served on plaintiff its answer.  As such, plaintiff's Memorandum was due on or before November 11, 2011.  The court has received no such Memorandum, nor any other communication from plaintiff.

Accordingly, within **twenty-one (21)** days of the date of this Order, by **December 9, 2011**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order.  If plaintiff files his Memorandum on or by **December 9, 2011**, he need not separately respond to this Order to Show Cause.  Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the Court as consent to the dismissal of this action without prejudice.